GLEN E. GATES #85885
**GATES LAW GROUP**
A Professional Corporation
2445 Capitol Street, Suite 160E
Fresno, CA 93721
Telephone: (559) 432-9944
Facsimile: (866) 740-6678
Email: glen@gateslawgroup.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>ROBERT SEBASTIAN RODRIGUEZ and<br>KARLA IVONNE RODRIGUEZ<br><br>Debtor(s). | Case No.: 2015-12993-B-13F<br><br>DC No: GEG-5<br><br>Chapter 13<br><br>☒ APPLICATION FOR PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330 ☒ INTERIM ☐ FINAL<br><br>DATE: November 15, 2018<br>TIME: 1:30 p.m.<br>PLACE: US Courthouse, 5th Floor<br>Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721<br>JUDGE: Hon. René Lastreto II |

## 1. SUMMARY TABLE

*In the fields below, indicate the total compensation and/or expenses requested in this application. Do not include amounts of compensation or expenses previously approved by the court. Prior approvals, including amounts, are set forth below in section 4.*

| | |
|---|---|
| a. Name of Applicant | Gates Law Group, APC |
| b. Amount of Compensation Requested | $15,960.00 |
| c. Amount of Expenses Requested | $0.00 |
| d. Total Compensation and Expenses Requested this Application | $15,960.00 |
| e. Time Period of Current Application | June 11, 2015 – July 27, 2018 |
| f. Fees and Expenses to be paid by Trustee or Debtor Directly<br>*(Fee paid part by trustee and debtor explain in paragraph 9 (3).)* | ☒ Trustee ☐ Debtor(s)<br>☐ Part Trustee ☐ Part Debtor |
| g. Number of Prior Fee Applications Approved | No Prior Fee Applications |

1

Fee Application EDC Fresno (Version 2.0 8-9-2013)

## 2. ATTORNEY OPTION REGARDING COMPENSATION

*Pursuant to LBR 2016-1, counsel for the debtor(s) has previously opted to be paid in this Chapter 13 case as follows.*

| | | |
|---|---|---|
| a. Elected to be paid in accordance with *LBR 2016-1(c)*. | | ☐ Yes (If yes, complete 1,2,3,4,5 and the declaration (#9) explaining the substantial and unanticipated post-confirmation work necessary) |
| | 1. Business Case | ☐ Yes   ☐ No |
| | 2. Fees Charged | |
| | 3. Rights and Responsibilities Executed and Filed | ☐ Yes   ☐ No |
| | 4. Pre-filing Attorney Fees Received | |
| | 5. Fees in Plan | |
| | 6. Fees Paid to Date by Trustee | |
| | 7. Monthly Chapter 13 Administrative Payment | |
| b. Elected to have compensation determined in accordance with 11 U.S.C. §§329 and 330, Fed, R, Bankr. P. 2002, 2006, and 2017. | | ☒ Yes |
| | 1. Pre-filing Attorney Fees Paid | $1,500.00 |
| | 2. Amount of Retainer Held in Trust | $0.00 |
| | 3. Total Amount Reserved for Attorney Fees in Plan *(See Plan Para. 2.06 or 5.01)* | $5,000.00 |
| | 4. Monthly Amount Provided in Plan for Administrative Fees | $100.00 |

## 3. CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| a. | Chapter 13 Plan Confirmed | ☒ Yes   ☐ No | Date Confirmed | March 30, 2016 |
| b. | Motion to Dismiss Pending | ☐ Yes   No ☒ | Date: | |
| c. | All Motions to Value Collateral/Avoid Liens Filed and Heard | | ☒ Yes   No ☐ | |
| d. | Motion to Modify Pending | | ☐ Yes   No ☒ | |
| e. | Notice of Filed Claims Filed | | ☒ Yes   No ☐ | |
| f. | All Objections to Claims Filed and Heard | | ☒ Yes   No ☐ | |

2

Fee Application EDC Fresno (Version 2.0 8-9-2013)

| 4. SUMMARY OF PREVIOUS FEES ALLOWED | | |
|---|---|---|
| Date of Hearing | Fees Allowed | Costs Allowed |
| N/A | N/A | N/A |
| Total | N/A | N/A |

### 5. CATEGORY FEE SUMMARY
*(Only shows hours in category for current fee application, not prior time spent in categories)*

| Project | Hours | Total Fees Charged |
|---|---|---|
| 1. Pre-petition Consultation and Fact Gathering | 4.20 | $1,260.00 |
| 2. Preparation of Voluntary Petition, Schedules and Form 22C | 2.70 | $810.00 |
| 3. Independent Verification of Information | .40 | $120.00 |
| 4. Amendments to Petitions and/or Schedules | 1.50 | $450.00 |
| 5. Original Plan, Hearings, Objections | 2.50 | $750.00 |
| 6. 341 Preparation and Attendance | 7.70 | $2,310.00 |
| 7. 1st Amended or Modified Plan, Motions, Objections | | |
| 8. 2nd Amended or Modified Plan, Motions, Objections | | |
| 9. 3rd Amended or Modified Plan, Motions, Objections | | |
| 10. Claim Administration and Claim Objections | 7.10 | $2,130.00 |
| 11. Motions to Dismiss | 1.20 | $360.00 |
| 12. Relief From Stay Proceedings | | |
| 13. Motions: *Example, Motion to Value Property, Motion to Avoid Liens, Motion to Incur Debt, Motion to Sell Property,* other Motions. | 17.70 | $5,310.00 |
| 14. Fee Applications | 2.80 | $840.00 |
| 15. Discharge and Case Closing | | |
| 16. Case Administration | 10.40 | $3,120.00 |
| **Total Fees Charged** | **58.20** | **$17,460.00** |
| **Pre-filing Attorney Fees Paid** | | **$1,500.00** |
| **Total Fees Requested** | | **$15,960.00** |

### 6. EXPENSE SUMMARY

| Type Of Expense | Amount |
|---|---|
| a. Postage | NONE |
| b. Computer Legal Research | NONE |
| c. Reproduction | NONE |
| d. Filing Fees | ($310)-Client Paid Directly |
| e. Other | NONE |
| Total Expenses | $0.00 |

3

Fee Application EDC Fresno (Version 2.0  8-9-2013)

## 7. SUMMARY BY PROFESSIONAL

| Professional | Hourly Rate | Total Hours | Total Fees This Person |
|---|---|---|---|
| a. Glen E. Gates | $300.00 | 58.20 | $17,460.00 |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |

## 8. SUMMARY OF EXHIBITS

| Exhibit A | Narrative Summary | |
|---|---|---|
| Exhibit B | Itemized Time Entry by Date | |
| Exhibit C | Itemized Time Entries by Project | |
| Exhibit D | Itemized Costs-N/A | |
| Exhibit E | Fee Agreement | If the fee agreement is not attached, indicate below the reason therefore. |
| | Facts: | |
| Exhibit F | Debtor(s) Consent ☐ Attached as an exhibit | ☐ Will be filed separately    ☐ Debtor(s) do not consent    ☒ Debtors consent indicated by their signature(s) below |

## 9. DECLARATIONS

**(1) Penalty of Perjury:**
Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect the services rendered and expenses incurred.

**(2) Attorney Option:**
Applicant originally opted to receive fees pursuant to Local Bankruptcy Rule 2016-1 (c). (See 2. Above)

☐ Yes    ☒ No

If yes, the reason additional fees are requested is that the additional work required was substantial and unanticipated as set forth below:

a. Facts:

4

Fee Application EDC Fresno (Version 2.0  8-9-2013)

**(3) Chapter 13 Plan Feasibility:**
I have reviewed the Chapter 13 Trustee's data and the Chapter13 Plan. Debtors will be filing a modified plan.

   a. Facts: Debtors' plan provides $5,000 to be set aside for attorney's fees. There is insufficient funds to pay the balance of attorney fees sought through the plan, debtors will file a modified plan.

**(4) Unauthorized Payments:**
I have not accepted or demanded from the debtor or any other person any payment for services or costs reimbursement without first obtaining a court order authorizing the fees and/or costs and specifically permitting direct payment of those fees and/or costs by the debtor.

**(5) Non-alteration of Form:**
Other than to insert text into designated spaces and/or expand tables to provide facts, the preprinted text of this form has not been altered. In the event there is an alteration, it will be given no effect. The signature of the applicant below is a certification that the standard Fee Application has not been altered except numbering for project.

**(6) Sharing of Compensation:**

☐ I have not agreed to share the above-disclosed compensation with another person or persons unless they are members and associates of my law firm.

☒ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement together with a list of the names of the people sharing in the compensation is attached.

a. Facts: It should be noted that the attorney for the Debtor, Gates Law Group, Glen E. Gates appearing was employed as an attorney for the law firm of Pascuzzi, Pascuzzi & Stoker from the inception of Debtor's case in 2015 through and including November 23, 2016. It is requested, to the extent your applicant was an employee of the firm, the fees earned on the Debtor's case are the rightful property of the firm. It is requested that the court orders the trustee to make the payment out to Pascuzzi, Pascuzzi & Stoker in the sum of $14,490.00 and the balance of the fees approximately $1,470.00 made payable to Gates Law Group, Glen E. Gates.

**(7) Debtor(s) Consent:**
I/we are the debtor(s) in the above-entitled bankruptcy proceeding. I/we have reviewed the Fee Application set forth above and have no objection thereto.

_____ Debtor    Date 9/28/18

_Karla Rodriguez_ Debtor    Date 9/28/18

Fee Application EDC Fresno (Version 2.0  8-9-2013)

**WHEREFORE**, the Applicant requests:

☒ That the Application for Fees and Costs be approved.

☒ Such other and further relief as the Court deems proper.

Date: 10/10/18

Respectfully Submitted,

_____
Glen E. Gates
Attorney for Debtor(s)